JOHN R. BEANLAND *et al.,* d/b/a BEANLAND DRILLING COMPANY, Plaintiffs-Appellees, *v.* FRED SWEITZER *et al.,* Defendants-Appellants.

(No. 73-343; )

Fifth District—July 23, 1974.

CREBS, J., took no part.

James W. Sanders, of Marion, for appellants.

R. Corydon Finch, of Anna, for appellees.

PER CURIAM:

Judgment was entered on a jury verdict in favor of plaintiffs in the amount of $2537. Defendants have appealed seeking reversal and remandment for a new trial.

Plaintiffs-appellees have moved to affirm the judgment, on the grounds that the defendants did not file a post-trial motion, and therefore failed to preserve a basis for review by this court.

We believe plaintiffs-appellees' interpretation of section 68.1 of the Civil Practice Act (Ill. Rev. Stat. 1973, ch. 110, par. 68.1) is correct. *Roberson v. Leak*, 72 Ill.App.2d 11, 218 N.E.2d 819; *Farnsworth v. Shops Building*, 77 Ill.App.2d 44, 222 N.E.2d 132.

Judgment affirmed.

Mr. JUSTICE CREBS took no part in the consideration or decision of this case.